```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 06 B 02849
   WESLEY GIPSON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7554

-------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/21/2006 and was confirmed 05/15/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was dismissed after confirmation 04/28/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
GMAC MORTGAGE              CURRENT MORTG         .00          .00          .00
PRIVATE CAPITOL GROUP      CURRENT MORTG         .00          .00          .00
HINSDALE BANK & TRUST      SECURED          8000.00       921.29      4651.96
HOMEMAKERS                 SECURED           110.87          .00       110.87
ECAST SETTLEMENT CORP      UNSECURED        4423.27          .00       120.95
GMAC MORTGAGE              MORTGAGE ARRE     511.72          .00       511.72
PRIVATE CAPITOL GROUP      MORTGAGE ARRE    2848.64          .00      1696.23
WESTGATE RESORTS           SECURED NOT I        .00          .00          .00
CITICORP                   UNSECURED      NOT FILED         .00          .00
CREDIT UNION 1             UNSECURED        3247.70          .00        88.81
ECAST SETTLEMENT CORP      UNSECURED       10237.03          .00       279.92
SEARS CHARGE PLUS          UNSECURED      NOT FILED         .00          .00
T MOBILE                   UNSECURED         664.63          .00        18.17
HINSDALE BANK & TRUST      UNSECURED          91.92          .00          .00
MOMTAZ S HARRIS            NOTICE ONLY    NOT FILED         .00          .00
COOK-DUPAGE TRANSPORTAIO   NOTICE ONLY    NOT FILED         .00          .00
PIERCE & ASSOC             NOTICE ONLY    NOT FILED         .00          .00
ERNESTO D BORGES JR        DEBTOR ATTY      2,211.00                   2,211.00
TOM VAUGHN                 TRUSTEE                                       654.08
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE           11,265.00

PRIORITY                                        .00
SECURED                                    6,970.78
   INTEREST                                  921.29
UNSECURED                                    507.85
ADMINISTRATIVE                             2,211.00

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 02849 WESLEY GIPSON
```

```
TRUSTEE COMPENSATION                                         654.08
DEBTOR REFUND                                                   .00
                                      ----------------   ----------------
TOTALS                                      11,265.00          11,265.00
```

  Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
  Dated: 07/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                         PAGE   2
        CASE NO. 06 B 02849 WESLEY GIPSON